27BC, CLOSED

# U.S. District Court
## Alabama Middle District (Dothan)
### CRIMINAL DOCKET FOR CASE #: 1:95-cr-00234-WHA-CSC-ALL
### Internal Use Only

Case title: USA v. Williams                             Date Filed: 11/08/1995

Assigned to: Honorable W. Harold Albritton, III
Referred to: Honorable Charles S. Coody

**Defendant**

**Vincent Edwards Williams** (1)                represented by    **Joseph Earl Sawyer, Jr.**
*also known as*                                                  203 South Edwards Street
Nate                                                             Enterprise, AL 36331-0720
                                                                 (334) 347-6447
                                                                 Fax: 347-8217
                                                                 Email: jesawyer@adelphia.net
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*

**Pending Counts**                                               **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                            **Disposition**

21:841(a)(1) POSS W/INT TO DISTB
COCAINE - NMT $2,000,000; [*];                                   210 months imprisonment; 5 years
NLT 5Y, NMT 40Y, B; NLT 4Y SUP                                   supervised release; assessment fee.
REL; G-LINES; $50 SA
(1)

18:924(c)(1) CARRY A FIREARM
DURING DRUG TRAFFICKING                                          60 months imprisonment, consecutive
CRIME - NMT $250,000; [*]; 5Y                                    to sentence on Counts 1 and 3; 3 years
MAND, B; NMT 5Y SUP REL;                                         supervised release concurrent with
VWPA; G-LINES; $50 SA                                            count 1; assessment fee.

(2)

18:922(g)(1) UNLAWFUL TRANSPORT OF FIREARMS - NMT $250,000; [*]; NMT 10Y, B; NMT 3Y SUP REL; VWPA; G-LINES; $50 SA (3)

120 months imprisonment; concurrent with sentence on Count 1; 3 years supervised release concurrent with Count 1; assessment fee.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**United States of America**    represented by    **Artur G. Davis**
Balch & Bingham
PO Box 306
Birmingham, AL 35201-0306
205-251-8100
Fax: 266-8798
*TERMINATED: 05/13/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis V. Franklin, Sr.**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: louis.franklin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/1995 | 1 | INDICTMENT as to Vincent Edwards Williams (1) count(s) 1, 2, 3 (dkt clerk) (Entered: 11/13/1995) |
| 11/08/1995 | 2 | Arrest WARRANT issued as to Vincent Edwards Williams (dkt clerk) (Entered: 11/13/1995) |
| 11/08/1995 |  | **Added Government Attorney Artur G. Davis as to Vincent Edwards Williams (dkt clerk) (Entered: 11/13/1995) |

| | | |
|---|---|---|
| 11/08/1995 | | Magistrate Judge Charles S. Coody assigned to case for discovery matters as well as matters subsequently referred by District Judge/Unassigned . (dkt clerk) (Entered: 11/13/1995) |
| 11/08/1995 | | **Added party Vincent Edwards Williams, Route 2, Box 54, Samson, AL 36477; New address as of 1/24/96: c/o U.S. Marshal, Montgomery, AL 36104. New address is: Reg. No. 09654-002, P. O. Box 4000, L/A, FCI Manchester, Manchester, KY 40962. (dkt clerk) Modified on 03/03/1998 (Entered: 11/13/1995) |
| 11/30/1995 | | ARREST of Vincent Edwards Williams (dkt clerk) (Entered: 12/01/1995) |
| 11/30/1995 | | Initial appearance as to Vincent Edwards Williams held before Mag. Judge Charles S. Coody on 11/30/95 (Defendant informed of rights.) (dkt clerk) (Entered: 12/01/1995) |
| 11/30/1995 | 3 | NOTICE of Appearance for Vincent Edwards Williams by Attorney Joseph E. Sawyer Jr. (dkt clerk) (Entered: 12/01/1995) |
| 11/30/1995 | 4 | ORDER Setting Conditions of Release as to Vincent Edwards Williams ( Signed by Mag. Judge Charles S. Coody ) , Copies furnished to: Defendant, USA, USM, USPTS (dkt clerk) (Entered: 12/01/1995) |
| 11/30/1995 | 5 | BOND entered by Vincent Edwards Williams Bond set to $25,000.00 non-surety for Vincent Edwards Williams. (dkt clerk) (Entered: 12/01/1995) |
| 11/30/1995 | | ARRAIGNMENT as to Vincent Edwards Williams held before Mag. Judge Charles S. Coody on 11/30/95 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of not guilty. (dkt clerk) (Entered: 12/01/1995) |
| 11/30/1995 | | PLEA of Not Guilty: Vincent Edwards Williams (1) count(s) 1, 2, 3 ; Court accepts plea. (dkt clerk) (Entered: 12/01/1995) |
| 11/30/1995 | 6 | Courtroom Deputy's Minutes as to Vincent Edwards Williams: Re: Initial Appearance and Arraignment (dkt clerk) (Entered: 12/01/1995) |
| 12/01/1995 | | CASE assigned to Judge Ira De Ment (dkt clerk) (Entered: 12/01/1995) |
| 12/01/1995 | | Jury selection as to Vincent Edwards Williams set for 10:00 1/8/96 for Vincent Edwards Williams at First Floor Courtroom before Judge Ira De Ment (dkt clerk) (Entered: 12/01/1995) |
| 12/01/1995 | | Jury trial as to Vincent Edwards Williams set for 10:00 1/8/96 for Vincent Edwards Williams at First Floor Courtroom before Judge Ira De Ment (dkt clerk) (Entered: 12/01/1995) |
| 12/01/1995 | 7 | ORDER on Arraignment as to Vincent Edwards Williams directing that and government response to pretrial motions due 10 days from motion filing date. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA, USM, USPTS, USPO (dkt clerk) (Entered: 12/01/1995) |

| | | |
|---|---|---|
| 12/05/1995 | 8 | ORDER as to Vincent Edwards Williams, set voir dire questions due on 1/2/96 for Vincent Edwards Williams , and set proposed jury instructions due on 1/2/96 for Vincent Edwards Williams; directed that all trial exhibits be premarked on the bottom right or left portion of the document prior to trial. ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel, Copies furnished to: USA, USPO, Ridge (nhr) (Entered: 12/05/1995) |
| 12/05/1995 | 9 | Arrest WARRANT Returned Executed as to Vincent Edwards Williams on 11/30/95 (dkt clerk) (Entered: 12/06/1995) |
| 12/12/1995 | 10 | TRIAL NOTICE as to Vincent Edwards Williams; Trial set for 10:00 1/8/96 for Vincent Edwards Williams at First Floor Courtroom ; TRIAL Notice to ATTORNEYS Joseph E. Sawyer Jr. for defendant Vincent Edwards Williams, Artur G. Davis for plaintiff USA ; Clothing Notice mailed. Copy mailed to defendant by CM/RRR; Copies furnished to: USM, USPTS. (nhr) (Entered: 12/12/1995) |
| 12/14/1995 | 11 | MOTION by Vincent Edwards Williams to Extend Time to file Pre-Trial Motions [11-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 12/15/1995) |
| 12/14/1995 | 12 | MOTION by Vincent Edwards Williams to Produce [12-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 01/02/1996) |
| 12/15/1995 | 13 | Return Receipt as to Vincent Edwards Williams Re: Service of Trial Notice by CM/RRR on 12/13/95 (nhr) (Entered: 12/15/1995) |
| 12/18/1995 | | STAMPED ORDER as to Vincent Edwards Williams granting [11-1] motion to Extend Time to file Pre-Trial Motions as to Vincent Edwards Williams (1) ( Entered by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA, USM, USPO, USPTS, Ridge. (dkt clerk) (Entered: 12/18/1995) |
| 12/29/1995 | | Change of Plea hearing set for 9:00 1/4/96 for Vincent Edwards Williams at First Floor Courtroom before Judge Ira De Ment (dkt clerk) (Entered: 12/29/1995) |
| 12/29/1995 | 14 | CHANGE OF PLEA NOTICE as to Vincent Edwards Williams ; Change of Plea set for 9:00 1/4/96 for Vincent Edwards Williams at First Floor Courtroom ; before Judge Ira De Ment CHANGE OF PLEA Notice sent to ATTORNEYS Joseph E. Sawyer Jr. for defendant Vincent Edwards Williams, Artur G. Davis for plaintiff USA; mailed to defendant; furnished to USM, PO, PTSO. (dkt clerk) (Entered: 12/29/1995) |
| 01/02/1996 | 15 | Proposed Jury Instructions by Vincent Edwards Williams. (Nos. 1-17) Referred to Judge DeMent (nhr) (Entered: 01/02/1996) |
| 01/04/1996 | 16 | Attorney J. E. Sawyer's letter of scheduling conflict for 1/8/96. Referred to Judge DeMent. (dkt clerk) (Entered: 01/04/1996) |
| 01/08/1996 | | Voir dire begun as to Vincent Edwards Williams (1) count(s) 1, 2, 3 Terminated motions terminating [12-1] motion to Produce as to Vincent |

| | | |
|---|---|---|
| | | Edwards Williams (1) (dkt clerk) (Entered: 01/11/1996) |
| 01/08/1996 | | Jury selection as to Vincent Edwards Williams held before Judge Ira De Ment on 1/8/96. Trial to commence 1/22/96 at 10:00 a.m. (dkt clerk) (Entered: 01/11/1996) |
| 01/12/1996 | 17 | Proposed Jury Instructions by USA as to Vincent Edwards Williams (Nos. 1-4) Referred to Judge DeMent. (nhr) (Entered: 01/12/1996) |
| 01/17/1996 | 18 | PETITION by USA for Writ of Habeas Corpus ad testificandum as to Vincent Edwards Williams (Deborah Fitzpatrick) ( referred to Judge Ira De Ment ) (dkt clerk) (Entered: 01/17/1996) |
| 01/19/1996 | 19 | MOTION (with attached affidavit) by Vincent Edwards Williams to Suppress Incriminating Statements , and to Suppress Evidence Seized from Automobile Without Warrant by State Officers [19-1] and [19-2] referred to Mag. Judge Charles S. Coody (dkt clerk) Modified on 01/19/1996 (Entered: 01/19/1996) |
| 01/19/1996 | 20 | ORDER as to Vincent Edwards Williams granting [18-1] petition for WHCAT for Deborah Fitzpatrick ( Signed by Judge Ira De Ment ) , Copies furnished to: USA, USM, USPTS, RIDGE. (dkt clerk) (Entered: 01/19/1996) |
| 01/19/1996 | 21 | WRIT of Habeas Corpus ad Testificandum issued to the Warden of Julia Tutwiler Correctional Facility for Deborah Fitzpatrick for 1/22/96 at 10:00 a.m. in case as to Vincent Edwards Williams (dkt clerk) (Entered: 01/19/1996) |
| 01/19/1996 | 22 | RESPONSE by USA as to Vincent Edwards Williams re [19-1] motion to Suppress Incriminating Statements, [19-2] motion to Suppress Evidence Seized from Automobile Without Warrant by State Officers referred to Mag. Judge Coody. (dkt clerk) (Entered: 01/19/1996) |
| 01/22/1996 | | Hearing held on defendant's motion to suppress evidence. (dkt clerk) (Entered: 01/22/1996) |
| 01/22/1996 | 23 | Courtroom Deputy's Minutes as to Vincent Edwards Williams: Re: Suppression Hearing (dkt clerk) (Entered: 01/22/1996) |
| 01/22/1996 | 24 | RECOMMENDATION of Mag. Judge Charles S. Coody as to Vincent Edwards Williams Re: [19-1] motion to Suppress Incriminating Statements, [19-2] motion to Evidence Seized from Automobile Without Warrant by State Officers that the motion to suppress be denied in its entirety; ORDER that Objections to R and R due immediately; clerk directed to proved copies of recommendation and order to parties via fascimile. Parties provided copies via fascimile as per Order; Copies mailed to: counsel, Copies furnished to: USA, USM, USPO, USPTS, Ridge. (dkt clerk) (Entered: 01/22/1996) |
| 01/23/1996 | 25 | ORDER as to Vincent Edwards Williams adopting, approving and affirming the Recommendation of the U.S. Magistrate; denying [19-1] |

| | | |
|---|---|---|
| | | motion to Suppress Incriminating Statements as to Vincent Edwards Williams (1), denying [19-2] motion to Suppress Evidence Seized from Automobile Without Warrant by State Officers as to Vincent Edwards Williams (1) ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PTSO, PO (dkt clerk) (Entered: 01/24/1996) |
| 01/23/1996 | | Jury trial as to Vincent Edwards Williams held before Judge Ira De Ment on 1/23/96 (dkt clerk) (Entered: 01/24/1996) |
| 01/23/1996 | | MOTION in open court by Vincent Edwards Williams for Judgment of Acquittal at the conclusion of the government's case. (dkt clerk) (Entered: 01/24/1996) |
| 01/23/1996 | | ORAL ORDER as to Vincent Edwards Williams denying [0-0] oral motion for Judgment of Acquittal at the conclusion of the government's case. as to Vincent Edwards Williams (1) ( Entered by Judge Ira De Ment ) (dkt clerk) (Entered: 01/24/1996) |
| 01/23/1996 | | MOTION in open court by Vincent Edwards Williams for Judgment of Acquittal at the conclusion of all the evidence. (dkt clerk) (Entered: 01/24/1996) |
| 01/23/1996 | | ORAL ORDER as to Vincent Edwards Williams denying [0-0] oral motion for Judgment of Acquittal at the conclusion of all the evidence. as to Vincent Edwards Williams (1) ( Entered by Judge Ira De Ment ) (dkt clerk) (Entered: 01/24/1996) |
| 01/24/1996 | | Jury trial as to Vincent Edwards Williams held before Judge Ira De Ment on 1/24/96 (dkt clerk) (Entered: 01/24/1996) |
| 01/24/1996 | 26 | JURY VERDICT of Guilty: Vincent Edwards Williams (1) count(s) 1, 2, 3 (copies furn. to USA, PO, PTSO.) (dkt clerk) (Entered: 01/24/1996) |
| 01/24/1996 | 27 | ORDER as to Vincent Edwards Williams remanding defendant to the custody of the U.S. Marshal pending sentencing as required by 18 U.S.C. Section 3143 as amended. ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO, USM (dkt clerk) (Entered: 01/24/1996) |
| 01/24/1996 | 28 | ORDER as to Vincent Edwards Williams, set Sentencing for 9:00 3/21/96 for Vincent Edwards Williams at First Floor Courtroom before Judge Ira De Ment; that any objections to the PSI Report shall be made in writing to the probation officer on or before 2/28/96; scheduling a meeting for the parties with the probation officer for 3/4/96 at 9:30 a.m. ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO, USM, MARIE, DEFENDANT (dkt clerk) (Entered: 01/24/1996) |
| 01/24/1996 | | MOTION in open court by Vincent Edwards Williams for release on Bond pending sentencing. (dkt clerk) (Entered: 01/24/1996) |
| 01/24/1996 | | ORAL ORDER as to Vincent Edwards Williams denying [0-0] oral motion for release on Bond pending sentencing. as to Vincent Edwards |

| | | |
|---|---|---|
| | | Williams (1) ( Entered by Judge Ira De Ment ) (dkt clerk) (Entered: 01/24/1996) |
| 01/24/1996 | | **Location LC as to Vincent Edwards Williams (dkt clerk) (Entered: 01/24/1996) |
| 01/24/1996 | 29 | Courtroom Deputy's Minutes as to Vincent Edwards Williams of 1/8/96 jury selection; 1/23-24/96 trial. (COURT REPORTER: JAMES R. DICKENS.) and witness and exhibit list attached. (Exhibits are in 2nd floor exhibit room.) : (dkt clerk) (Entered: 01/24/1996) |
| 01/25/1996 | 30 | WRIT of Habeas Corpus ad Testificandum executed for Deborah Fitzpatrick on 1/22/96 in case as to Vincent Edwards Williams (dkt clerk) (Entered: 01/31/1996) |
| 01/31/1996 | 31 | MOTION by Vincent Edwards Williams for Reconsideration , or in the alternative for New Trial [31-1] referred to Judge Ira De Ment, [31-2] referred to Judge Ira De Ment (dkt clerk) (Entered: 01/31/1996) |
| 02/01/1996 | | STAMPED ORDER as to Vincent Edwards Williams denying [31-1] motion for Reconsideration as to Vincent Edwards Williams (1), denying [31-2] motion for New Trial as to Vincent Edwards Williams (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO (dkt clerk) (Entered: 02/01/1996) |
| 02/13/1996 | 32 | SENTENCING NOTICE as to Vincent Edwards Williams ; Sentencing set for 9:00 3/21/96 for Vincent Edwards Williams at First Floor Courtroom ; SENTENCING Notice sent to ATTORNEYS J. E. Sawyer Jr. for defendant Vincent Edwards Williams, Artur G. Davis for plaintiff USA ; Copies furnished to: USM, PO, PTSO, DEFENDANT (dkt clerk) (Entered: 02/13/1996) |
| 03/14/1996 | 33 | ORDER as to Vincent Edwards Williams that the PSI Report be filed and placed under seal; that if an appeal is taken, the PSI Report shall be transmitted under sela to the appellate court and upon written application to the Clerk, counsel for the defendant and for the government may examine or obtain a copy thereof as further set out in order. ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO (dkt clerk) (Entered: 03/14/1996) |
| 03/14/1996 | 34 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Vincent Edwards Williams (dkt clerk) (Entered: 03/14/1996) |
| 03/19/1996 | 35 | MOTION by USA as to Vincent Edwards Williams to continue sentencing [35-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 03/20/1996) |
| 03/20/1996 | 36 | ORDER as to Vincent Edwards Williams granting [35-1] motion to continue sentencing reset Sentencing for 9:00 a.m., on 5/23/96 for Vincent Edwards Williams in First Floor Courtroom before Judge Ira De Ment ; that the United States Marshal's Service is ORDERED to have defendant present; that the Clerk is to notify all parties and agencies via telephone |

| | | |
|---|---|---|
| | | and by mailing them a copy of this Order. ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel, defendant, Copies furnished to: USA, USM, USPO, USPTS, Marie, Ridge. (USA, USM, USPO, & COUNSEL NOTIFIED VIA PHONE THIS DATE). (nhr) (Entered: 03/20/1996) |
| 03/26/1996 | | Court Reporter's excerpt TRANSCRIPT of the testimony of Vincent Edwards Williams and Deborah Fitzpatrick filed in case as to Vincent Edwards Williams for dates of 1/23/96 (dkt clerk) (Entered: 03/26/1996) |
| 04/26/1996 | 37 | SENTENCING NOTICE as to Vincent Edwards Williams ; Sentencing set for 9:00 5/23/96 for Vincent Edwards Williams at First Floor Courtroom ; SENTENCING Notice sent to ATTORNEYS J. E. Sawyer Jr. for defendant Vincent Edwards Williams, Artur G. Davis for plaintiff USA ; Copies furnished to: USM, PO, PTSO, defendant (dkt clerk) (Entered: 04/26/1996) |
| 05/23/1996 | | Sentencing held before Judge Ira De Ment on 5/23/96 Vincent Edwards Williams (1) count(s) 1, 2, 3. COURT REPORTER: Betty Murphree. (dkt clerk) (Entered: 05/24/1996) |
| 05/23/1996 | 38 | Courtroom Deputy's Minutes as to Vincent Edwards Williams of 5/23/96 sentencing. COURT REPORTER: Betty Murphree: (dkt clerk) (Entered: 05/24/1996) |
| 05/28/1996 | 39 | JUDGMENT Vincent Edwards Williams (1) count(s) 1. 210 months imprisonment; 5 years supervised release; $50 assessment fee. , Vincent Edwards Williams (1) count(s) 2. 60 months imprisonment, consecutive to sentence on Counts 1 and 3; 3 years supervised release concurrent with count 1; $50 assessment fee. , Vincent Edwards Williams (1) count(s) 3. 120 months imprisonment; concurrent with sentence on Count 1; 3 years supervised release concurrent with Count 1; $50 assessment fee. ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO, USM, DEFENDANT (dkt clerk) (Entered: 05/28/1996) |
| 05/28/1996 | | **Case closed as to Vincent Edwards Williams (all defendants). (dkt clerk) (Entered: 05/28/1996) |
| 06/03/1996 | 40 | NOTICE OF APPEAL by Vincent Edwards Williams (1) count(s) 1, 2, 3 to U.S. Circuit Court of Appeals, 11th Circuit, from the final conviction and sentence entered in this action on May 23, 1996. Copies mailed to: Counsel, USCA, 11th Cir., Copies furnished to: USA, USPO, Court Reporter (dkt clerk) (Entered: 06/04/1996) |
| 06/03/1996 | 41 | MOTION by Vincent Edwards Williams to Proceed on Appeal in Forma Pauperis (with Exhibit A attached) [41-1] referred to Judge Ira De Ment (dkt clerk) Modified on 06/04/1996 (Entered: 06/04/1996) |
| 06/04/1996 | | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to Vincent Edwards Williams sent to USCA (11th Circuit): [40-1] appeal (dkt clerk) (Entered: 06/04/1996) |

| Date | No. | Entry |
|---|---|---|
| 06/05/1996 | 42 | ORDER as to Vincent Edwards Williams denying [41-1] motion to Proceed on Appeal in Forma Pauperis as to Vincent Edwards Williams (1) ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel, USCA, 11th Cir., Copies furnished to: USA, USPO (dkt clerk) (Entered: 06/05/1996) |
| 06/13/1996 | | Transcript requested in appeal as to Vincent Edwards Williams Transcript due 7/1/96 for Vincent Edwards Williams [40-1] appeal; Re: Betty Murphree (dkt clerk) (Entered: 06/13/1996) |
| 06/14/1996 | | USCA Case Number as to Vincent Edwards Williams Re: [40-1] appeal USCA Number: 96-6543 (dkt clerk) (Entered: 06/17/1996) |
| 06/25/1996 | | USCA appeal fees received FILING FEE $ 105.00 RECEIPT # 60594 as to Vincent Edwards Williams Re: [40-1] appeal (dkt clerk) (Entered: 06/25/1996) |
| 06/25/1996 | | TRANSCRIPT filed [James Dickens] as to Vincent Edwards Williams for dates of 1/23/96 & 1/24/96 @ 2 volumes. Certificate of Readiness due on 7/22/96 for Vincent Edwards Williams [40-1] appeal (dkt clerk) (Entered: 06/25/1996) |
| 07/08/1996 | | TRANSCRIPT filed as to Vincent Edwards Williams for dates of May 23, 1996 Sentence Hearing, Certificate of Readiness due on 7/22/96 for Vincent Edwards Williams [40-1] appeal (dkt clerk) (Entered: 07/08/1996) |
| 07/09/1996 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: as to Vincent Edwards Williams [40-1] appeal by Vincent Edwards Williams (dkt clerk) (Entered: 07/09/1996) |
| 07/10/1996 | 43 | Judgment Returned Executed as to Vincent Edwards Williams ; on 6/12/96 by USM delivering defendant to USP Atlanta. (nhr) (Entered: 07/12/1996) |
| 09/03/1996 | | #25.00 payment towards assessment fee by Vincent Edwards Williams paid thru BOP. (dkt clerk) (Entered: 12/11/1996) |
| 12/02/1996 | | REQUEST for Record on Appeal from USCA re: [40-1] appeal by Vincent Edwards Williams (dkt clerk) (Entered: 12/04/1996) |
| 12/04/1996 | | Certified and transmitted record on appeal to U.S. Court of Appeals (11th Circuit) as to Vincent Edwards Williams : [40-1] appeal (dkt clerk) (Entered: 12/04/1996) |
| 12/09/1996 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [40-1] appeal by Vincent Edwards Williams USCA Number: 96-6543 (dkt clerk) (Entered: 12/10/1996) |
| 03/05/1997 | | Received $25 payment on assessment as to Vincent Edwards Williams from DOJ debt management system. Receipt No. 69982 (dkt clerk) (Entered: 10/29/1998) |

| Date | # | Entry |
|---|---|---|
| 03/31/1997 | | $25 paid by USA as to Vincent Edwards Williams for assessment fee. Receipt #64546. (paid by U. S. Dept. of Justice) (nhr) (Entered: 04/15/1997) |
| 04/25/1997 | | Received copy of PER CURIAM OPINION entered 3/26/97 of the USCA, 11th Circuit. (dkt clerk) (Entered: 04/29/1997) |
| 04/25/1997 | 44 | JUDGMENT OF USCA issued as MANDATE on 4/24/97 (certified copy) as to Vincent Edwards Williams Re: [40-1] appeal affirming judgment/order Vincent Edwards Williams (1) count(s) 1, 2, 3 Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USM, USPO (dkt clerk) (Entered: 04/29/1997) |
| 04/25/1997 | | Record on Appeal as to Vincent Edwards Williams returned from U.S. Court of Appeals: [40-1] appeal (dkt clerk) (Entered: 04/29/1997) |
| 04/29/1997 | | **Remove appeal flag - no further appeals pending (dkt clerk) (Entered: 04/29/1997) |
| 05/05/1997 | | Received ( 1 envelope exhibits) retruned from USCA, Eleventh Circuit (dkt clerk) (Entered: 05/06/1997) |
| 05/27/1997 | 45 | MOTION by Vincent Edwards Williams for full disclosure of Grand Jury testimonies pursuant to 18 U.S.C. 3500 and Fed. rules of Criminal Procedure, Rule 26.2 [45-1] referred to Judge Ira De Ment (nhr) (Entered: 05/27/1997) |
| 05/28/1997 | 46 | ORDER as to Vincent Edwards Williams denying [45-1] motion for full disclosure of Grand Jury testimonies pursuant to 18 U.S.C. 3500 and Fed. rules of Criminal Procedure, Rule 26.2 as to Vincent Edwards Williams (1) ( Signed by Judge Ira De Ment ) Copies mailed to: defendant, Copies furnished to: USA, USM, USPO (dkt clerk) (Entered: 05/28/1997) |
| 08/04/1997 | 47 | MOTION by Vincent Edwards Williams (in letter form)for Disclosure of Grand Jury Proceedings as construed by the court [47-1] referred to Judge Ira De Ment (nhr) (Entered: 08/04/1997) |
| 08/04/1997 | 48 | ORDER as to Vincent Edwards Williams denying [47-1] motion (in letter form)for Disclosure of Grand Jury Proceedings as construed by the court as to Vincent Edwards Williams (1) ( Signed by Judge Ira De Ment ) Copies mailed to: Defendant, Copies furnished to: USA, USPO, USPTS, Ridge (nhr) (Entered: 08/04/1997) |
| 03/03/1998 | 49 | MOTION by Vincent Edwards Williams to Vacate under 28 U.S.C. 2255 [49-1] referred to Mag. Judge Charles S. Coody/Anderson. (nhr) (Entered: 03/03/1998) |
| 03/05/1998 | 50 | ORDER as to Vincent Edwards Williams, Government's Response to Motion set for 3/25/98 for Vincent Edwards Williams [49-1] RE: motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Petitioner, Copies furnished to: USA, USM, USPO, RIDGE (nhr) (Entered: 03/05/1998) |

| | | |
|---|---|---|
| 03/25/1998 | 51 | MOTION by USA as to Vincent Edwards Williams to Extend Time to 4/3/98 to respond to Section 2255 motion [51-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 03/25/1998) |
| 03/26/1998 | | STAMPED ORDER as to Vincent Edwards Williams granting [51-1] motion to Extend Time to 4/3/98 to respond to Section 2255 motion as to Vincent Edwards Williams (1) ( Entered by Mag. Judge Charles S. Coody ) Copies mailed to: Petitioner, Copies furnished to: USA, USM, USPO, RIDGE (nhr) (Entered: 03/26/1998) |
| 04/06/1998 | 52 | RESPONSE by USA as to Vincent Edwards Williams re [49-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag. Judge Charles S. Coody (nhr) (Entered: 04/06/1998) |
| 04/07/1998 | 53 | ORDER as to Vincent Edwards Williams that on or before April 27, 1998, defendant may file a response to the answer filed by the respondents; that defendant is specifically cautioned that if he fails to file a response to the answer within the time allowed by the court, the court thereafter will proceed to consider the merits of the petition pursuant to Rule 8(a); that the court will not consider any documents or evidene filed by defendant after April 27, 1998, except in exceptional circumstances. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Defendant, Copies furnished to: USA, USM, USPO, RIDGE (nhr) (Entered: 04/07/1998) |
| 04/27/1998 | 54 | MOTION by Vincent Edwards Williams to Extend Time for 10 days for filing reply to the government's response [54-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 04/27/1998) |
| 05/07/1998 | | STAMPED ORDER as to Vincent Edwards Williams granting [54-1] motion to Extend Time for 10 days for filing reply to extension to and including 5/8/98. ( Entered by Mag. Judge Charles S. Coody ) Copies mailed to: defendant, Copies furnished to: USA, PTSO (dkt clerk) (Entered: 05/07/1998) |
| 05/15/1998 | 55 | REPLY by Vincent Edwards Williams to response to [49-1] motion to Vacate under 28 U.S.C. 2255. Referred to law clerk/Mag. Judge Coody. (nhr) (Entered: 05/15/1998) |
| 10/09/1998 | 56 | MOTION by Vincent Edwards Williams to Amend [49-1] motion to Vacate under 28 U.S.C. 2255 by Vincent Edwards Williams [56-1] pursuant to Rule 15(A), based on the newly discovered evidence of government misconduct. AMENDMENT CONTAINED HEREIN. Referred to Mag. Judge Charles S. Coody (nhr) Modified on 10/15/1998 (Entered: 10/13/1998) |
| 10/15/1998 | 57 | ORDER as to Vincent Edwards Williams granting [56-1] motion to Amend [49-1] motion to Vacate under 28 U.S.C. 2255 by Vincent Edwards Williams as to Vincent Edwards Williams (1); that the government file a supplemental answer addressing the claim presented by the defendant in the amendment ot the section 2255 motion. ( Signed by Mag. Judge John L. Carroll ) Copies mailed to: defendant, Copies |

| | | |
|---|---|---|
| | | furnished to: USA (dkt clerk) (Entered: 10/15/1998) |
| 11/06/1998 | 58 | NOTICE of filing appellate briefs in support of its response to petitioner's amended motion made pursuant to 28 USC 2255 by USA as to Vincent Edwards Williams. Brief "A" of Vincent E. Williams and Brief "B" of the United States attached. Referred to Magistrate Judge Coody/Anderson (dkt clerk) (Entered: 11/06/1998) |
| 11/06/1998 | 59 | RESPONSE (ANSWER) by USA as to Vincent Edwards Williams re in opposition to petitioner's amended mtion under 2255 [49-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 11/06/1998) |
| 11/12/1998 | 60 | ORDER that the defendant may file a reply to the response on or beofre 11/30/98 to the response filed by the United States as to Vincent Edwards Williams ( Signed by Mag. Judge John L. Carroll ) Copies mailed to: defendant, Copies furnished to: USA (dkt clerk) (Entered: 11/12/1998) |
| 12/02/1998 | 61 | REPLY by Vincent Edwards Williams to response to [49-1] motion to Vacate under 28 U.S.C. 2255. (Attachment) Referred to Mag. Judge Coody. (dkt clerk) (Entered: 12/02/1998) |
| 12/02/1998 | 62 | AFFIDAVIT by Vincent Edwards Williams Re: [49-1] motion to Vacate under 28 U.S.C. 2255. Referred to Mag. Judge Coody. (dkt clerk) (Entered: 12/02/1998) |
| 12/09/1998 | 63 | ORDER as to Vincent Edwards Williams, that the defendant's response to the supplemental answer filed 12-2-98 is construed by the court as a motion to amend and said motion is granted. ORDERED that on or before 1/4/98, the United States shall file a supplemental answer which addresses the claims set forth in the amendment. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: petitioner, Copies furnished to: USA (dkt clerk) (Entered: 12/09/1998) |
| 12/28/1998 | 64 | SECOND RESPONSE by USA as to Vincent Edwards Williams in opposition to [61-1] second amended motion (reply) re: 2255 motion. Referred to Mag. Judge Charles S. Coody (nhr) (Entered: 12/29/1998) |
| 01/05/1999 | 65 | ORDER as to Vincent Edwards Williams, Reply to Response to Motion reset for 1/25/99 for Vincent Edwards Williams for [49-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: defendant Copies furnished to: USA (dkt clerk) (Entered: 01/05/1999) |
| 01/12/1999 | | Received $25.00 payment on assessment through the BOP inmate offset program as to Vincent Edwards Williams. List Receipt No. 74915. (dkt clerk) (Entered: 11/08/1999) |
| 01/19/1999 | 66 | RESPONSE by Vincent Edwards Williams in opposition to [64-1] opposition response of USA. Referred to Mag. Judge Coody. (dkt clerk) (Entered: 01/19/1999) |

| | | |
|---|---|---|
| 02/01/1999 | 67 | SUPPLEMENTAL RESPONSE/LEGAL AUTHORITY by USA as to Vincent Edwards Williams in opposition to [61-1] Petitioner's Second Amended motion made pursuant to 28 U.S.C. Section 2255. Referred to Mag. Judge Charles S. Coody/Anderson. (nhr) (Entered: 02/01/1999) |
| 02/03/1999 | 68 | ORDER as to Vincent Edwards Williams, Reply to Response to Motion reset for 2/17/99 for Vincent Edwards Williams for [49-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: defendant, Copies furnished to: USA (dkt clerk) (Entered: 02/03/1999) |
| 04/21/1999 | | Received $25.00 payment towards assessment from the BOP inmate offset program as to Vincent Edwards Williams. Receipt No. 76324 (dkt clerk) (Entered: 04/23/1999) |
| 07/09/1999 | | Received $25.00 payment on assessment through the BOP inmate offset program by Vincent Edwards Williams. Receipt No. 77461 (dkt clerk) (Entered: 07/12/1999) |
| 01/11/2000 | 69 | SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION by USA as to Vincent Edwards Williams; furnished to financial clerk and to in-take clerk (dkt clerk) (Entered: 01/11/2000) |
| 01/19/2000 | | Received $25.00 toward assessment by Vincent Edwards Williams through BOP Inmate Offset Program; Receipt No. 80290 (dkt clerk) (Entered: 01/20/2000) |
| 02/07/2000 | 70 | REPORT AND RECOMMENDATIONS of Mag. Judge Charles S. Coody that the 2255 motion as to Vincent Edwards Williams be denied Re: [49-1] motion to Vacate under 28 U.S.C. 2255 ; Motion no longer referred Objections to R and R due by 2/20/00 Copies mailed to: defendant, Copies furnished to: USA (dkt clerk) (Entered: 02/07/2000) |
| 02/18/2000 | 71 | MOTION by Vincent Edwards Williams for 30 day Extension of Time to file objections to Mag. Judge Report [71-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 02/18/2000) |
| 02/23/2000 | | STAMPED ORDER as to Vincent Edwards Williams granting [71-1] motion for 30 day Extension of Time to file objections to Mag. Judge Report as to Vincent Edwards Williams (1), Objections reset for 3/20/00 for Vincent Edwards Williams for [70-1] report and recommendations ( Entered by Mag. Judge Charles S. Coody ) Copies mailed to: defendant, Copies furnished to: USA,PO (dkt clerk) (Entered: 02/23/2000) |
| 03/22/2000 | | File referred to Mag. Judge Coody. (dkt clerk) (Entered: 03/22/2000) |
| 03/24/2000 | | **Terminated document(s) as to Vincent Edwards Williams : terminating [70-1] report and recommendations as to Vincent Edwards Williams (1) (dkt clerk) (Entered: 05/22/2002) |
| 03/24/2000 | 72 | ORDER as to Vincent Edwards Williams adopting Recommendation of the Magistrate Judge; denying [49-1] motion to Vacate under 28 U.S.C. |

| | | |
|---|---|---|
| | | 2255 as to Vincent Edwards Williams (1) ( Signed by Judge Ira De Ment ) Copies mailed to: defendant, Copies furnished to: USA,PO, CIVIL CLERK (dkt clerk) (Entered: 03/24/2000) |
| 08/31/2000 | 73 | MOTION by Vincent Edwards Williams for relief from final judgment [73-1] referred to Mag. Judge Charles S. Coody/Anderson. (dkt clerk) (Entered: 08/31/2000) |
| 09/06/2000 | | STAMPED ORDER as to Vincent Edwards Williams denying [73-1] motion for relief from final judgment as to Vincent Edwards Williams (1) ( Entered by Judge Ira De Ment ) Copies mailed to: deft, Copies furnished to: usa, ptso, uspo (sql) (Entered: 09/07/2000) |
| 11/09/2000 | 74 | MOTION by Vincent Edwards Williams to Extend Time to respond to Court's order denying motion for relief from final judgment [74-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 11/09/2000) |
| 11/22/2000 | | STAMPED ORDER as to Vincent Edwards Williams denying [74-1] motion to Extend Time to respond to Court's order denying motion for relief from final judgment as to Vincent Edwards Williams (1) ( Entered by Judge Ira De Ment ) Copies mailed to: defendant, Copies furnished to: USA,PO, PTSO (dkt clerk) (Entered: 11/27/2000) |
| 03/24/2003 | 75 | MOTION by Vincent Edwards Williams for documents pursuant to the Freedom of Information Act and Privacy Act. [75-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 03/24/2003) |
| 03/31/2003 | 76 | STAMPED ORDER as to Vincent Edwards Williams denying [75-1] motion for documents pursuant to the Freedom of Information Act and Privacy Act. as to Vincent Edwards Williams (1) ( Entered by Judge Ira De Ment ) Copies mailed to: Defendant, Copies furnished to: USA, RL (ws) (Entered: 03/31/2003) |
| 05/13/2004 | | Attorney update in case as to Vincent Edwards Williams. Attorney Louis V. Franklin for United States of America added. Attorney Artur G. Davis terminated. (ekl, ) (Entered: 05/13/2004) |
| 05/13/2004 | | Judge update in case as to Vincent Edwards Williams. Judge W. Harold Albritton added (under rotational assignment procedure). Judge Ira De Ment no longer assigned to case. (ekl, ) (Entered: 05/13/2004) |
| 05/13/2004 | 77 | MOTION for Judgment of Acquittal or for New Trial Based on New Discovered Evidence by Vincent Edwards Williams (pro se). (ekl, ) (Entered: 05/13/2004) |
| 09/30/2004 | 78 | MOTION for Status of Pending Motion filed 5/13/04 (doc.77) by Vincent Edwards Williams (pro se). (ekl, ) (Entered: 10/05/2004) |
| 10/13/2004 | 79 | ORDER denying 77 Motion for Acquittal as to Vincent Edwards Williams (1); denying 77 Motion for New Trial as to Vincent Edwards Williams (1). Signed by Judge W. Harold Albritton III on 10/13/04. (ekl, ) (Entered: 10/13/2004) |

| | | |
|---|---|---|
| 10/13/2004 | | ***Motion terminated as to Vincent Edwards Williams : 78 MOTION for Status of Pending Motion, doc.77, filed by Vincent Edwards Williams. [ORDER ENTERED 10/13/04, DOC.79, RULING ON MOTION NUMBERED 77.] (ekl, ) (Entered: 10/13/2004) |
| 12/28/2005 | ⏺80 | MOTION to Reduce Sentence and Modify judgment in accordance to sentencing reform act of 1984, Federal Sentencing Guidelines, pursuant to 18 USC 3582(c)(2) by Vincent Edwards Williams. (sql, ) (Entered: 12/29/2005) |
| 01/03/2006 | | ***Motions terminated as to Vincent Edwards Williams: 80 MOTION to Reduce Sentence filed by Vincent Edwards Williams,. (sql, ) (Entered: 01/04/2006) |