IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

VINCENT EDWARDS WILLIAMS,

    DEFENDANT,

V.                              CASE NUMBER: 1:06-CV-2

UNITED STATES OF AMERICA,

    RESPONDENT.

## NOTICE OF APPEAL

Notice is hereby given that Vincent E. Williams, in durance vile, appearing through propria persona representation in the above styled cause, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an order denying defendant's Motion to reduce his sentence and modify judgment pursuant to Title 18 U.S.C. §3582(c)(2), entered in this action on March 30, 2006. Defendant appeals from this order on the following particulars:

    1. WHETHER THE DISTRICT COURT ERRED IN CONSTRUING DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER TITLE 18 U.S.C. §3582(c)(2) AS A SECOND OR SUCCESSIVE APPLICATION? See U S v. Castro, 2005 U.S. App LEXIS 21537 (11th Cir 2005); and U S. v Fair, 326 F.3d 1317 (11th Cir. 2003)(§3582(c)(2) motion is not a civil post-conviction motion, but rather a continuation of a criminal case.)

-2-

2. WHETHER §3582(c)(2) PROVIDES A BASIS TO REDUCE DEFENDANT'S SENTENCE?

DATED: April 8, 2006
by:

Respectfully Submitted,

/s/ *Vincent E. Williams*
Vincent Edwards Williams
In propria persona
09654-002A-3
FCC Coleman Low
P.O. Box 1031
Coleman Florida 33521 1031

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served on opposing counsel this 8th day of April 2006 via U S. mail with proper postage affixed

/s/ *Vincent E. Williams*
Vincent Edwards Williams

## VERIFICATION

I, hereby declare under the penalty of perjury that the above mentioned cause is appealed in good faith and the facts are true to the best of my knowledge.

Dated: April 8, 2006

/s/ *Vincent E. Williams*
Vincent Edwards Williams